UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES OWEN WILLIAMS,

    Plaintiff,

-vs-                                    Case No. 6:06-cv-1540-Orl-28KRS

CARMEN MARIE LYNCH, SID
PETERSON, JR., J. DAVID WALSH,
HONORABLE ROBERT K. ROUSE, JR.,
SEVENTH JUDICIAL CIRCUIT COURT
OF VOLUSIA COUNTY, FLORIDA,
BOARD OF DIRECTORS, OCEANIA
PLAZA CONDOMINIUM OWNERS
ASSOCIATION, GARY WITT, AGENTS
AND ASSIGNS, HEIRS, SPOUSES,
UNKNOWN JOHN AND JANE DOES,

    Defendants.
_____

## ORDER

This case is before the Court on Plaintiff's Application To Proceed Without Prepayment of Fees (Doc. No. 6) filed October 23, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice and that the amended complaint filed in this matter be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and considering the objection filed by Plaintiff (Doc. No. 10)[1], the Court agrees entirely with the findings of fact

---

[1] The Court deems Plaintiff's "Motion For Reconsideration Of Judgment Or Order Under Rule 60 Fed. R. Civ. Proc." (Doc.10) as an objection to the Report and Recommendation. Accordingly, the "Motion" is **DENIED** as moot.

and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 14, 2006 (Doc. No. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 6) is **DENIED** without prejudice.

3. The amended complaint (Doc. No. 2) is **DISMISSED** without prejudice.

4. Plaintiff shall have eleven (11) days from the date of this Order to file a second amended complaint and a renewed motion to proceed without payment of fees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6 day of December, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party