# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHARLES OWEN WILLIAMS,

   Plaintiff,

-vs-              Case No. 6:06-cv-1540-Orl-28KRS

CARMEN MARIE LYNCH, SID
PETERSON, JR., J. DAVID WALSH,
HONORABLE ROBERT K. ROUSE, JR.,
SEVENTH JUDICIAL CIRCUIT COURT
OF VOLUSIA COUNTY, FLORIDA,
BOARD OF DIRECTORS, OCEANIA
PLAZA CONDOMINIUM OWNERS
ASSOCIATION, GARY WITT, AGENTS
AND ASSIGNS, HEIRS, SPOUSES,
UNKNOWN JOHN AND JANE DOES ,

   Defendants.
_____

## ORDER

  This case is before the Court on the Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis (Doc. No. 22) filed July 9, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be denied and that this Court certify that the appeal is not taken in good faith.

  After an independent *de novo* review of the record in this matter, and consideration of the Motion for Reconsideration of the Report and Recommendation which this Court treats as an objection to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 25, 2007 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for leave to appeal in forma pauperis and affidavit accompanying motion for permission to appeal in forma pauperis (Doc. 22) is **DENIED**.

3. This Court hereby **CERTIFIES** that the appeal filed via Plaintiff's Second Notice of Appeal (Doc. 20) is not taken in good faith.

4. The Clerk of the Court is directed to serve a copy of this Order on the Clerk of the Court for the United States Court of Appeal for the Eleventh Circuit.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 13 day of August, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party